# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOHN SCOTT EGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1415

_____

November 29, 2023

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Jason T. Forman of Law Offices of Jason T. Forman, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed, without prejudice to John Scott Egan's filing a motion for postconviction relief pursuant to Florida Rule of Criminal Procedure 3.850.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.